02-11-540 & 541-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NOS.  02-11-00540-CR

NOS.  02-11-00541-CR

 

 


 
 
 Jeremy Glenn Powell
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

----------

 

FROM THE 297th
District Court OF Tarrant COUNTY

----------

 

MEMORANDUM
OPINION[1]

----------

 

Appellant
Jeremy Glenn Powell attempts to appeal following his guilty pleas to aggravated
robbery with a deadly weapon in trial court cause number 1114710D and unlawful
possession of a firearm in trial court number 1114677D.  The trial court
sentenced Appellant to eight years’ confinement in each case in accordance with
Appellant’s plea bargain agreements with the State.  Appellant filed pro se notices
of appeal in each case.

Concerned
that we did not have jurisdiction over these appeals, we sent a letter to
Appellant and his counsel requesting a response by December 19, 2011, showing
grounds for continuing the appeals.  We have not received a response to our
letter.

The
trial court’s certifications of Appellant’s right of appeal in each case respectively
state that this “is a plea-bargain case, and the defendant has NO right of
appeal.”  The Texas Rules of Appellate Procedure are clear that in a
plea-bargain case, an appellant may appeal only those matters that were raised
by written motion filed and ruled on before trial or after getting the trial
court’s permission to appeal.  Tex. R. App. P. 25.2(a)(2).  Accordingly, we
dismiss the appeals for want of jurisdiction.  See Tex. R. App. P.
25.2(a)(2), (d), 43.2(f).

 

PER CURIAM

 

PANEL: 
GARDNER,
WALKER, and MCCOY, JJ.

 

DO
NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 

DELIVERED:  February 2, 2012









[1]See Tex. R. App. P. 47.4.